[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-12544
Non-Argument Calendar
_____

D.C. Docket No. 1:11-cr-00445-AKK-RRA-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee


versus


CORRY AVERETT,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Northern District of Alabama
_____

(July 25, 2013)

Before DUBINA, Chief Judge, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

Charles Scott Linton, appointed counsel for Corry Averett, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. State of California*, 386 U.S. 738, 87 S. Ct. 1396 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED**, and Averett's conviction and sentence are **AFFIRMED.**